# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> v. <br><br> MARELINO EDGARDO VILLATORO, <br><br> Defendant. | Case No.: 25-CR-2003-GPC <br><br> **JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** <br><br> [ECF No. 27] |

The United States of America's Unopposed Motion to Dismiss the Information (ECF No. 27), without prejudice, is **GRANTED**. The Court **DISMISSES** the Information (ECF No. 15) without prejudice.

IT IS SO ORDERED.

Dated: August 5, 2025

Hon. Gonzalo P. Curiel
United States District Judge